MORAN BROS. CONTRACTING CO., INC., Respondent, *v.* CITY OF NEW YORK, Appellant.*

Supreme Court, Appellate Term, First Department, March 6, 1936.

*Paul Windels* [*Paxton Blair, Henry J. Shields* and *Nelson Rosenbaum* of counsel], for the appellant.

*Macklin, Brown, Lenahan & Speer* [*Gerald J. McKernan* and *Charles F. Welch* of counsel], for the respondent.

PER CURIAM.   In the absence of any showing of fraud or palpable mistake, the decision of the borough president was conclusive. (*Sweet* v. *Morrison,* 116 N. Y. 19.)   It was error for the trial court to deny defendant's motion for summary judgment.

Order reversed, with ten dollars costs, and motion granted.

All   concur.   Present — LYDON,   HAMMER   and   FRANKENTHALER, JJ.